UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
MONIQUE FELDER,

                   Plaintiff,                  ORDER

                                         1:25-cv-02273-GRJ

       v.

COMMISSIONER OF SOCIAL
SECURITY,

                   Defendant.
--------------------------------------------------------
GARY R. JONES, United States Magistrate Judge:

Pending before the Court is the Stipulation for Remand filed by the parties. (Docket No. 23.)  The parties stipulate and agree that the Commissioner's decision should be reversed, and the case should be remanded to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings.

Accordingly, the Stipulation is approved. This case is REVERSED and REMANDED to the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings and a new hearing and decision.

The Clerk is directed to enter final judgment in favor of Plaintiff and then close the file.

Dated: January 27, 2026                    SO ORDERED:

*s/Gary R. Jones*

GARY R. JONES
United States Magistrate Judge

2