**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
 MONIQUE FELDER,

                             Plaintiff,                    25 **CIVIL** 2273 (GRJ)

     -v-                                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                             Defendant.
------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated January 27, 2026, this case is REVERSED and REMANDED to

the Commissioner of Social Security under the fourth sentence of 42 U.S.C. § 405(g) for further

administrative proceedings and a new hearing and decision.

**Dated:**  New York, New York

       January 29, 2026

                                          **TAMMI M. HELLWIG**

                                         _____
                                            **Clerk of Court**

                 **BY:**             K. mango

                                            _____
                                            **Deputy Clerk**